**Charles L. Dougherty, trading as Charles L. Dougherty & Company, appellant, v. Michigan Central Railroad Company, appellee. Gen. No. 25,307.**

Action to recover damages for failure to furnish water power to run grain elevator. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1919. Reversed and judgment of *nil capiat*. Opinion filed January 12, 1920.

Jeffery, Campbell & Clark, for appellant; James Clarke Jeffery and Stephen A. Cross, of counsel. Winston, Strawn & Shaw, for appellee; Frank H. Towner, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Samuel Schaefer, plaintiff in error. Gen. No. 25,340.**

Criminal prosecution. Judgment of guilty. Error to the Municipal Court of Chicago; the Hon. John W. Richardson, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 12, 1920. Rehearing denied January 26, 1920.

S. L. and Fred Lowenthal, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**W. G. Tennant, defendant in error, v. John Hemwall, impleaded with Louis Absher, plaintiff in error. Gen. No. 25,354.**

Action of replevin. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 12, 1920.

Cavender & Kaiser, for plaintiff in error. Sabath, Stafford & Sabath, for defendant in error; Thomas M. Zasadil, Jr. and Sydney J. Sabath, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Lucile Frances Dustin, plaintiff in error, v. Central Business Men's Association, defendant in error. Gen. No. 24,388.**

Action to recover on accident policy. Judgment for defendant. Error to the Superior Court of Cook county; the Hon. Martin M. Gridley, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 12, 1920. Rehearing denied January 26, 1920.

Adams, Crews, Childs & Bobb, for plaintiff in error. Helmer, Moulton, Whitman & Whitman, for defendant in error; Frank A. Helmer and Charles R. Holton, of counsel.

Mr. Justice Dever delivered the opinion of the court.